# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 3, 2024

*By the Court*:

No. 22-2870

| | |
|---|---|
| ANTONIO M. SMITH,<br>    Plaintiff - Appellant, | Appeal from the United<br>States District Court for<br>the Eastern District of Wisconsin. |
| v. | No. 2:18-cv-01569-PP |
| JOHN KIND, et al.,<br>    Defendants - Appellees. | Pamela Pepper,<br>    *Chief Judge.* |

Pursuant to this court's order of October 26, 2023, **IT IS ORDERED** that Douglas Smith, MAYER BROWN LLP, 333 S. Grand Avenue, Los Angeles, CA 90071, dougsmith@mayerbrown.com, is appointed to represent defendant-appellant Antonio M. Smith. Counsel is directed to contact the defendant-appellant immediately.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before April 2, 2024.

2. Plaintiff-appellees shall file its brief on or before May 2, 2024.

3. Defendant-appellant shall file his reply brief, if any, on or before May 23, 2024.

**IT IS FURTHER ORDERED** that the District Court shall add attorney Douglas Smith to their CM/ECF database for purposes of accessing District Court documents, including sealed docket entries not filed ex parte.

---

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).